**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 7, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00882-CV

---

### IN RE FREDDY PUENTE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
507th District Court
Harris County, Texas
Trial Court Cause No. 2018-57805**

---

### MEMORANDUM OPINION

On November 21, 2023, relator Freddy Puente filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to vacate the order ordering relator Freddy Puente to make payments to Rosa Puente for dates and years subsequent to May 19, 2021, and also vacate the order ordering a business evaluation after the date of May 19, 2021.

Relator has not established that it is entitled to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.